**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: ARAMID ENTERTAINMENT FUND LIMITED

DAVID MOLNER,

      *Appellant*,

 -against-

REED SMITH LLP, *et al.*,

      *Appellees*.

Case No. 21-cv-4840-ER

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

  Pursuant to Local Civil Rule 1.4, upon the annexed declaration, and subject to the approval of the Court, Julie C. Amadeo hereby withdraws as counsel for Defendants/Appellees Kroll, LLC (sued as Duff & Phelps, LLC), Duff & Phelps (Cayman) Limited (sued as Kinetic Partners), Geoffrey Varga, and Jess Shakespeare and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Dated: August 20, 2021
   New York, New York

**SO ORDERED:**

_____
EDGARDO RAMOS
United States District Judge
New York, NY
August 23, 2021

STEPTOE & JOHNSON LLP

By: __/s/ Chris Paparella_____
Chris Paparella
cpaparella@steptoe.com
Jeffrey Reisner
jreisner@steptoe.com
1114 Avenue of the Americas,
35th Floor
New York, New York 10036
Telephone: (212) 506-3910
Fax: (212) 506-3910

*Attorneys for Defendants Duff & Phelps LLC, Duff & Phelps (Cayman) Limited, Geoffrey Varga, and Jess Shakespeare*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: ARAMID ENTERTAINMENT FUND LIMITED

DAVID MOLNER,

        *Appellant*,

-against-

REED SMITH LLP, *et al.*,

        *Appellees*.

Case No. 21-cv-4840-ER

**DECLARATION OF CHRIS PAPARELLA**

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, the following:

1. I am a partner at the law firm of Steptoe & Johnson LLP and am counsel for Defendants/Appellees Kroll, LLC (sued as Duff & Phelps, LLC), Duff & Phelps (Cayman) Limited (sued as Kinetic Partners), Geoffrey Varga, and Jess Shakespeare.

2. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that Julie C. Amadeo is withdrawing as counsel for Defendants/Appellees because she left the law firm of Steptoe & Johnson LLP.

3. I will continue to represent the above-listed Defendants/Appellees in this proceeding.

4. Ms. Amadeo's withdrawal will not delay the matter or prejudice any party.

5. Ms. Amadeo is not retaining a charging lien.

Dated: August 20, 2021
      New York, New York

STEPTOE & JOHNSON LLP

By: __/s/ Chris Paparella_____
     Chris Paparella

# **CERTIFICATE OF SERVICE**

I, Chris Paparella, herby affirm, under penalty of perjury, that copies of the foregoing Notice and Proposed Order of Withdrawal of Counsel, and the accompanying Declaration, have been duly served as of August 20, 2021 and were transmitted via the Court's CM-ECF system upon the following:

Kevin S. Rosen
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
krosen@gibsondunn.com

Nancy Elizabeth Hart
Gibson, Dunn & Crutcher LLP
144 W. Houston Street, Apt. 3
New York, NY 10012
nhart@gibsondunn.com

David Michael Feldman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
dfeldman@gibsondunn.com

William John Mocica
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
wmoccia@gibsondunn.com

*Counsel for Defendants Reed Smith LLP, James C. McCarroll, Francisca Mok, James L. Sanders, Kurt Gwynne, and Jordan W. Siev*

Douglas R. Hirsch
Jennifer A. Rossan
Sadis & Goldberg LLP
551 Fifth Avenue
New York, NY 10176
dhirsch@sglawyers.com
jrossan@sglawyers.com

*Counsel for Defendant David Bree*

Katherine R. Catanese
Foley & Lardner LLP
90 Park Ave, 29th Floor
New York, NY 10016
kcatanese@foley.com

*Counsel for Defendants Roger Hanson, Donald M. Seymour, and DMS Governance LTD*

David I. Bosko
Bosko, P.C.
10800 Wilshire Blvd. #1101
Los Angeles, CA 90024
davidbosko@boskopc.com

*Counsel for Plaintiff David Molner*

Dated: August 20, 2021
New York, New York

STEPTOE & JOHNSON LLP

By: __/s/ Chris Paparella__
Chris Paparella
cpaparella@steptoe.com
Jeffrey Reisner
jreisner@steptoe.com
1114 Avenue of the Americas, 35th Floor
New York, New York 10036
Telephone: (212) 506-3910
Fax: (212) 506-3950

*Attorneys for Defendants Duff & Phelps LLC, Duff & Phelps (Cayman) Limited, Geoffrey Varga, and Jess Shakespeare*