UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re: ARAMID ENTERTAINMENT FUND LIMITED

-------------------------------------------------------------X

DAVID MOLNER,

                Appellant,                21 **CIVIL** 4840 (ER)

    -against-                          **JUDGMENT**

REED SMITH LLP, JAMES C McCARROLL,
JAMES L. SANDERS, FRANCISCA MOK,
JORDAN W. SIEV, KURT GWYNNE,
GEOFFREY VARGA, JESS SHAKESPEARE,
KINETIC PARTNERS, DUFF & PHELPS, LLC,
DAVID BREE, DAVIS SEYMOUR,
ROGER HANSON, and DMS GOVERNANCE
LTD,

                Appellees.
-------------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 12, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           January 12, 2022

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                        **BY:**
                                              **Deputy Clerk**